IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| E.K. LINDBERG, LLC, AJAX DEVELOPMENT, LLC, MER PAUL FAMILY PARTNERSHIP, LP, KCR PAUL FAMILY PARTNERSHIP, LP, MULLER FAMILY PARTNERSHIP LP, LANCE MURPHY, <br> *Appellants* <br><br> -vs- <br><br> BVF FUND II, LLC <br> *Appellee* | § § § § § § § § § § § § § § | Case No. SA-22-CV-00486-XR <br><br> Bankruptcy Case No. 21-50951-RBK |
| E.K. LINDBERG, LLC, AJAX DEVELOPMENT, LLC, MER PAUL FAMILY PARTNERSHIP, LP, KCR PAUL FAMILY PARTNERSHIP, LP, MULLER FAMILY PARTNERSHIP LP, LANCE MURPHY, <br> *Appellants* <br><br> -vs- <br><br> BVF FUND II, LLC <br> *Appellee* | § § § § § § § § § § § § § § | Case No. SA-22-CV-00585-XR <br><br> Bankruptcy Case No. 21-50951-RBK |

## CONSOLIDATION ORDER AND ORDER FOR ADVISORY

Appellants have filed three civil actions in the Western District of Texas, appealing three orders entered by the United States Bankruptcy Court for the Western District of Texas. The first action, appealing the Bankruptcy Court's denial of their motion to dismiss, was filed on March 18, 2022. *See* No. SA-22-CV-269-JKP (the "First Appeal"), ECF No. 1. The second action, appealing the Bankruptcy Court's Order Confirming the Debtor's Plan (the "Confirmation Order") was filed on May 16, 2022. *See* No. SA-22-CV-486-XR (the "Second Appeal"), ECF No. 1. Thereafter, the Bankruptcy Court entered an Amended Confirmation Order, which Appellants challenged in the

third action, filed on June 3, 2022. *See* No. SA-22-CV-585-XR (the "Third Appeal"), ECF No. 1. The Third Appeal was originally assigned to Judge Biery and subsequently transferred to the Undersigned. *See id.*, ECF No. 3.

Before the Third Appeal was docketed, Appellants filed an unopposed motion to consolidate the first two actions in the First Appeal on May 23, 2022. *See* First Appeal, ECF No. 4. After conferring on the status of the case the parties filed an advisory in the First Appeal informing Judge Pulliam that Appellants intended to dismiss the First Appeal, and the parties would then seek to consolidate the Second and Third Appeals. *Id.*, ECF No. 6. Appellants then filed a motion for voluntary dismissal of the First Appeal, which was granted on October 18, 2022. *See id.*, ECF Nos. 8, 9.

Pursuant to Rule 3(b)(2) of the Federal Rules of Appellate Procedure, the Court has the authority to consolidate multiple cases for appeal. FED. R. APP. P. 3(b)(2) ("When the parties have filed separate timely notices of appeal, the appeals may be joined or consolidated by the court of appeals."). Here, the Second and Third Appeals have the same record. *See* Second Appeal, ECF No. 3-1 at 2–4 (designations on appeal of Confirmation Order); Third Appeal, ECF No. 2-1 at 2–4 (identical designations on appeal of Amended Confirmation Order); *see also* Second Appeal, ECF No. 9 at 11 ("The Third Appeal was taken simply because the [Bankruptcy] Court entered an amended confirmation order"). Accordingly, in the interest of judicial economy and efficiency, the Court concludes that the Second Appeal and Third Appeal should be consolidated.

## CONCLUSION

The Court hereby **ORDERS** that Case No. SA-22-CV-585-XR be consolidated into the lead case, No. SA-22-CV-486-XR, which was first filed. It is **FURTHER ORDERED** that all future filings be filed in Case No. SA-22-CV-486-XR.

Given these circumstances, the Court concludes that Case No. SA-22-CV-585-XR is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014). The Clerk's Office is therefore **DIRECTED** to **ADMINISTRATIVELY CLOSE** Case No. SA-22-CV-585-XR pending further order of the Court.

**By no later than June 13, 2023**, the parties are **DIRECTED** to file a join advisory indicating whether they intend to file any supplemental briefing in connection with the Amended Confirmation Order or to rest on the existing briefing filed in the lead case. Should the parties wish to file supplemental briefing, their advisory should include a briefing schedule.

It is so **ORDERED**.

**SIGNED** this 6th day of June, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE